UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_TAMPA_ Division

### CIVIL RIGHTS COMPLAINT FORM

Chenel Derousseau

2025-36304

_____

CASE NUMBER: 8:26-CV-1032-MSS-LSG
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Coin Laundry = Dylan Hogan

Celeste Hogan

Philip Nicozisis

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT: South County Jail
(Indicate the name and location)
1103 US Hwy 98
Frostproof, FL 33843

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 1/97)                    1

2002 © American LegalNet, Inc.



<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

    1.  Informal Grievance (Form DC3-005)
    2.  Formal Grievance (Form DC1-303)
    3.  Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A.    <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)    N/A

    2.  If so, you must attach a copy of the grievance and response to this Complaint form.

    3.  Were you denied emergency status? Yes ( ) No (X)    N/A

        a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (X)    N/A

2002 © American LegalNet, Inc.

b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.  <u>Informal Grievance</u> (Request for Interview)

1.  Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (x)    *N/A*

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.  <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No (x)   *N/A*

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (x)    *N/A*

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.  <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (x)    *N/A*

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __2__ day of __April__, 20 __26__.

_____
Signature of Plaintiff

2002 © American LegalNet, Inc.

III.    <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u> Yes ( ) No (X)                                          N/A

If your answer is YES, answer the following questions.

A.    Is there a grievance procedure at your institution or jail? Yes (X) No ( )   N/A

B.    Did you present the facts relating to your Complaint in the grievance procedure?
Yes (X) No ( )
                                                                                N/A

C.    If your answer is YES:

1.    What steps did you take? _____ N/A _____

_____

2.    What were the results? _____ N/A _____

_____

3.    To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.    If your answer is NO, explain why not: _____ N/A _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___2___ day of ___April_____, 20 _26___.

_____
Signature of Plaintiff

2002 © American LegalNet, Inc.

IV.    PREVIOUS LAWSUITS:

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B.    Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.    Parties to previous lawsuit:

Plaintiff(s): _____Chenel Dorousseau_____

Defendant(s): _____Cooper et all_____

2.    Court (if federal court, name the district; if state court, name the county):

_____Middle District Florida_____

3.    Docket Number: _8:24- cv- 2224- WFJ -AAS____

4.    Name of Judge: ___William F. Jung___

5.    Briefly describe the facts and basis of the lawsuit: _False Arrest, Theft of Private Property by officer, illegal Search N Seizure, unlawful/unfair Trial,_

6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

_____Dismissed Without Prejudice_____

7.    Approximate filing date: __October 2024 = Unsure____

8.    Approximate disposition date: __November 2024=Unsure__

2002 © American LegalNet, Inc.

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

2:16-cv-873-JES-MRM, 8:16-cv-2873-EAK-AAS, 8:16-cv-3002-SDM-MAP

8:16-cv-3357-JDM-AAS, 8:17-cv-71-VMC-TGW, 8:24-cv-1120-SDM-TGW,

8:16-cv-389-EAK-AEP, 8:16-cv-151-EAK-TGW, 8:26-cv-00566-JLB-TGW,

8:26-cv-00565-KKM-NHA, Please use as Previous lawsuits section, these are all the prior Suits Im aware of, Could be more, if so, Im unaware of them,

V.  PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: __Chenel Derousseau__
2025-36304
Mailing address: __P.O. Box 1848__

__Pinellas Park, FL 33780__

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: __Dylan Hogan__

Mailing Address: __375 Havendale blvd__

__Auburndale, FL 33823__

Position: __Owner / unsure__

Employed at: __Coin Laundry__

2002 © American LegalNet, Inc.

D.  Defendant: _Celeste Hogan_____

    Mailing Address: _375 Havendale blvd_____

    _Auburndale, FL 33823_____

    Position: _Owner/ unsure_____

    Employed at: _Coin Laundry_____

E.  Defendant: _Philip Nicozisis_____

    Mailing Address: _375 Havendale blvd_____

    _Auburndale, FL 33823_____

    Position: _Unsure_____

    Employed at: _Coin Laundry_____

F.  Defendant: _Coin Laundry Enterprise_____

    Mailing Address: _838 Havendale blvd = Address I saw, above is address given by Police.

    _Auburndale, FL 33823_____

    Position: _Enterprise_____

    Employed at: _Enterprise_____

G.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

2002 © American LegalNet, Inc.

VI.    STATEMENT OF CLAIM:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The Civil Rights Act of 1964, Barring Discrimination in Public accommodations as Laundromats, Public accommodations are barred from discrimination in their access or Services by the Civil Rights Act of 1964 even if they are privately owned, any Private enterprise which invites in the Public to use its facilities, and whose operations affect Commerce, such as laundromats,

VII.   STATEMENT OF FACTS:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On 12-30-25, As I entered the Coin Laundry, Located 838 Havendale blvd, Auburndale, FL 33823, = which according to police is 375 Havendale blvd, To do my Laundry, at approximately Midnight, I went to use the restroom before I Started doing my laundry, and the door of the restroom was locked, denying and refusing me the full and equal enjoyment of the facility, its goods, and Services, within its Public Place of accommodation Capacity, where Im a member of the protected Class by Citizenship, and by this, was treated less favorably than Similarly situated Persons, which Appeared to have been Done Intentionally towards me, to discriminate Intentionally.

2002 © American LegalNet, Inc.

Statement of Facts, continued:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DC 225 (Rev. 1/97)

2002 © American LegalNet, Inc.

VIII.    <u>RELIEF REQUESTED</u>:    State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Compensation Damages, Punitive Damages, etc., = Court Discretion

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __2__ day of __April__, 20 __26__ .

(Signatures of all Plaintiffs)

2002 © American LegalNet, Inc.